OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 NOV. 03. 2015

**10/28/2015**

**MARTINEZ, RICKY JOSEPH** Tr. Ct. No. 18566-B(1) **WR-83,479-01**

On this day, this Court has granted the trial court's request for an extension of time to file the supplemental record. The supplemental record is due in this Court on Monday, January 25, 2016.

Abel Acosta, Clerk

RICKY JOSEPH MARTINEZ
TAYLOR COUNTY JAIL
910 SOUTH 27TH STREET
ABILENE, TX 79602

UTF

RTS